MATTHIAS ROTHSTEIN, Appellant, v. BARNETT ROTHSTEIN et al., Copartners Doing Business under the Names of PEPSI-COLA BOTTLING COMPANY OF WILKES-BARRE, DRINK MOR BEVERAGE COMPANY and OLD FASHION MA'S ROOT BEER BOTTLING Co., Defendants, and BARNETT ROTHSTEIN, Respondent.

Argued November 11, 1947; decided November 20, 1947.

*Milton M. Leichter* and *Julius Wolfson* for appellant.

*Osmond K. Fraenkel, John Schulman* and *Elias Messing* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.